UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PENNSYLVANIA LIFE INSURANCE COMPANY**, a
Pennsylvania corporation,

  *Plaintiff*,

v.

  Case No. 2:08-cv-14886
  District Judge Patrick J. Duggan
  Magistrate Judge R. Steven Whalen

**CITY OF RIVER ROUGE**, a Michigan chartered
municipal corporation,

  *Defendant*.

---

**STIPULATED ORDER FOR JUDGMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE AND WITHOUT COSTS, EXPENSES, OR ATTORNEY FEES**

  At a session of said court, held in the Theodore Levin U.S. Courthouse, City of Detroit, County of Wayne, State of Michigan, on: February 4, 2010.

  Present: Hon. Patrick J. Duggan
      U.S. District Judge

  Based upon the stipulation endorsed below, the parties having reached a settlement, and the court being fully advised in the premises; now, therefore;

  **IT IS HEREBY ORDERED** that pursuant to a settlement agreement between the parties, Plaintiff, Pennsylvania Life Insurance Company, is hereby granted:

  1. A **Money Judgment** against the Defendant, City of River Rouge, in the amount of **Eighty-One Thousand Seven Hundred Thirty-Six and 10/100 ($81,736.10) Dollars,** without any costs, attorney fees or interest being assessed as long as the Judgment is paid on or before July 9, 2010.  If the Judgment is not paid on or before July 9, 2010, the applicable statutory judgment interest rate as certified by

     the Treasurer for the State of Michigan shall begin to accrue on whatever amount has not been paid until the Judgment is satisfied; and

2.  Payment of fifty (50%) percent of all amounts the Defendant, City of River Rouge collects from the Manhattan Group, L.L.C., Manhattan Group Services, LLC, Adam Koresjza and Lisa Rock Koresjza, or any related individual or entity, arising out of the claims set forth in the Complaint, including, but not limited to, collection on the Judgment entered December 2, 2009 in Wayne County Circuit Court Case No. 08-124433 entitled *City of River Rouge v. The Manhattan Group, L.L.C., et al.*, any court ordered restitution and any settlement with the Manhattan Group, L.L.C., Manhattan Group Services, LLC, Adam Koresjza and Lisa Rock Koresjza, or any related individual or entity until Plaintiff Pennsylvania Life Insurance Company has been paid the total premium balance owed of $163,472.20. Payment shall be made within thirty (30) days of collection.

**IT IS FURTHER ORDERED** that the **Money Judgment** shall comply with MCL 600.6093. The Judgment shall be certified under the seal of the Court. The certified Judgment shall be filed with the assessing officers of the City of River Rouge. The supervisors or assessing officers, after receipt of the certified Judgment, shall proceed to assess the amount thereof from the date of July 1, 2010 to the time when the warrant for collection thereof will expire upon the taxable property of the City of River Rouge, and shall be the next tax roll of the City of River Rouge, and shall otherwise comply with MCL 600.6093.

**IT IS FURTHER ORDERED** that the tax levy under this **Money Judgment** shall commence on July 1, 2010 and shall levy a total of no more mills than are necessary to pay the in full.

**IT IS FURTHER ORDERED** that the purpose of the tax levy shall appear on the taxpayer's statement and that all monies raised pursuant to the special tax levy ordered herein shall be used exclusively to meet the Defendant City's obligation to pay the **Money Judgment** set forth herein.

**IT IS FURTHER ORDERED** that the Complaint filed by Plaintiff, Pennsylvania Life Insurance Company, against Defendant, City of River Rouge, be and the same is DISMISSED with prejudice and without costs, expenses, or attorney fees to either party.

**IT IS HEREBY FURTHER ORDERED** that this Order of Dismissal resolves all pending claims and closes this case.

**SO ORDERED.**

S/PATRICK J. DUGGAN
PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE
DATED: FEBRUARY 4, 2010

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING DOCUMENT WAS SERVED UPON COUNSEL OF RECORD ON FEBRUARY 4, 2010, BY ELECTRONIC AND/OR ORDINARY MAIL.

S/MARILYN OREM
CASE MANAGER

**Stipulated and agreed:**

| /s/Sheri B. Cataldo | /s/David F. Greco |
|---|---|
| SHERI B. CATALDO (P39726) | DAVID F. GRECO (P31371) |
| SULLIVAN, WARD, ASHER & PATTON, P.C. | GASIOREK, MORGAN & GRECO, P.C. |
| Attorneys For Plaintiff | *Attorneys for Defendant* |
| 25800 Northwestern Highway, Suite 1000 | 30500 Northwestern Highway, Suite 425 |
| Southfield, MI 48075 | Farmington Hills, MI 48334 |
| (248) 746-0700 | (248) 865-0001 |
| Dated:  February 3, 2010 | Dated:  February 3, 2010 |